IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

```
YOLANDA PERRY,                   )
                                 )
          Plaintiff,             )
                                 )
     v.                          )   Case No. 10-0068-CV-W-REL
                                 )
OXFORD COLLECTION AGENCY,        )
INC.,                            )
                                 )
          Defendant.             )
```

## ORDER

Pursuant to plaintiff's Notice of Dismissal with Prejudice, and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is

ORDERED that this case is dismissed with prejudice without costs, disbursements, or attorney's fees to any party.

                                        /s/ Robert E. Larsen
                                      ROBERT E. LARSEN
                                      United States Magistrate Judge

Kansas City, Missouri
March 9, 2010